In the Matter of MARY JORDAN EDWARDS, an Attorney, Resignor. [820 NYS2d 907]—Voluntary resignation accepted and

name removed from roll of attorneys (*see Matter of Manown*, 240 AD2d 83 [1998]). Present—Pigott, Jr., P.J., Hurlbutt, Kehoe, Martoche and Smith, JJ. (Filed Aug. 16, 2006.)